IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 13-24020-CIV-WILLIAMS

JOSE SERRANO, by and through
Maria Angelica Hercules, his court-
appointed guardian,

        Plaintiff,

vs.

METALLIC LADDER MANUFACTURING
CORPORATION.

        Defendant.
_____/

**AGREED ORDER ON JOINT MOTION FOR**
**INSPECTION OF THE SUBJECT LADDER**

THIS CAUSE having come before this Court on the Joint Motion for Inspection of the Subject Ladder (DE # 31), and this Court being otherwise advised that the parties are agreeable to the inspection of the subject ladder, it is hereby

ORDERED AND ADJUDGED that the Joint Motion for Inspection of the Subject Ladder (DE # 31) is hereby granted.  The Defendant, its attorneys and experts may inspect the subject ladder at any time between 8 a.m. and 5 p.m., on June 11, 2014, at the Marriot Marquis Hotel, 255 Biscayne Boulevard Way, Miami, FL 33131, which is where the incident occurred. The inspection will occur at the incident scene.   Plaintiff's counsel will be responsible for making sure that the subject ladder is delivered to the Marriott Marquis Hotel before the inspection.  The accident ladder, and its component parts, will be delivered to Defendant's authorized representative on June 11, 2014, at the Marriot Marquis Hotel's loading dock located at 254 S.E. 3rd Street, Miami, Florida  33131.  The time of delivery to be provided to Plaintiff's counsel.  Plaintiff's attorneys, or others on behalf of Plaintiff, will be permitted to attend the

2

inspection, as well as document the inspection via videotape recording and/or photographs. Defense counsel will work with Marriot Marquis Hotel, or its attorneys, to facilitate the inspection as outlined above. There shall be no destructive testing or alteration of the ladder, or any of its component parts, at the time of inspection. The ladder shall be returned to Plaintiff's authorized representative immediately after the inspection at the Marriot Marquis Hotel's loading dock in the same condition and in the same packaging as it was delivered.

    DONE AND ORDERED in chambers at Miami, Florida, on May 23, 2014.

                                             /s/ Andrea M. Simonton

                                             ANDREA M. SIMONTON
                                             UNITED STATES MAGISTRATE JUDGE

Copies provided via CM/ECF:
The Honorable Kathleen M. Williams,
      United States District Judge;
All counsel of record.
.