UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-24020-CIV-WILLIAMS/SIMONTON

JOSE SERRANO,

    Plaintiff,

vs.

METALLIC LADDER MANUFACTURING
CORPORATION.

    Defendant.
_____/

### ORDER STRIKING LETTER AND AMENDING PRIOR ORDER

This matter is before the Court on the letter filed on the Court's CM/ECF system by Joseph M. Fasi (DE # 40). Communicating with the Court by letter filed on the CM/ECF system is expressly prohibited by the Local Rules for the Southern District of Florida. S.D. Fla. L.R. 7.7 ("Unless invited or directed by the presiding Judge, attorneys ... shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments[.]"). Accordingly, it is

**ORDERED AND ADJUDGED** that Joseph M. Fasi's letter to the Court (DE # 40) is hereby **STRICKEN**. Based upon the agreement of the parties, however, the Court's prior Order (DE # 39) is amended to reflect that the deposition of William Wadsworth may be taken telephonically to discuss the areas listed on Mr. Wadsworth's errata sheet.

**DONE AND ORDERED** in Miami, Florida, on May 29, 2014.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
    The Honorable Kathleen M. Williams
    Counsel of Record